**Dismissed and Memorandum Opinion filed October 14, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00651-CV

---

## GULF COPPER & MANUFACTURING CORPORATION, Appellant

### V.

## AXON RIG CONCEPT & DESIGN, INC., Appellee

### and

## AXON RIG CONCEPT & DESIGN, INC., Appellant

### V.

## GULF COPPER & MANUFACTURING CORPORATION, Appellee

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2014-63456**

---

### MEMORANDUM OPINION

This is an interlocutory appeal by both parties from an order signed July 29, 2016. On April 27, 2017, this court abated the appeal because Axon Rig Concept

& Design, LLC petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-32332. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on November 17, 2020. The parties failed to advise this court of the bankruptcy court action.

On September 14, 2021, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and dismiss it.


PER CURIAM


Panel consists of Justices Jewell, Spain, and Wilson.